**Order filed January 13, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00591-CV**
_____

**NANCY PETRUCCIANI, Appellant**

**V.**

**RUSSELL A. PETRUCCIANI, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-51593**

---

## O R D E R

Appellant's brief was due January 5, 2022. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 14, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.